# FIRST AMENDMENT TO OFFICE LEASE AGREEMENT

## THE ATRIUM BUILDING
Smyrna, Georgia

This First Amendment to the Lease ("Amendment") is made and entered into as of this _17th_ day of July, 2003 by and between Hopewell International, Inc., (hereinafter called "Landlord") and American Home Equity Loan Corp. (hereinafter called "Tenant")

### WITNESSETH:

WHEREAS, Landlord and Tenant entered into that certain Office Lease Agreement ("Lease") dated October 19, 2001 for the premises in the building at 2400 Herodian Way, Cobb County, Smyrna, Georgia 30080, located on the West wing, 1st floor, suite #175, containing 2,740 rentable square feet as more particularly described in Exhibits "A" and "B" attached to the Lease (the "Premises"):

WHEREAS, Landlord and Tenant desire to modify and amend the Lease in order to amend the terms and the monthly rental payments.

NOW, THEREFORE, for and in consideration of Ten and No/100 Dollars (10.00) in hand paid, the rents, covenants and mutual agreements contained herein and other valuable consideration, the receipt, adequacy and sufficiency of which are hereby acknowledged, Landlord and Tenant do hereby agree and covenant as follows:

1. In the event of a conflict between the Lease and this Amendment, the terms of the Lease shall control.

2. Under paragraph 1 *(PREMISES)* of the Lease shall be modified and expand an additional 2,000 RSF. Therefore, the premises consist of a total of 4,740 RSF.

3. Under paragraph 2a *(TERM)* of the Lease shall be modified and shall continue an additional thirty-six (36) months with the renewal of the present space and expansion space hereinafter defined expiring December 31, 2007.

4. *Under paragraph 3 *(RENTAL)* of the Lease, Tenant agrees to pay landlord for the expansion space of 2,000 RSF at the rate of $15.00 per RSF per annum in addition to the current monthly rental rate of $3,950.17. Therefore, Tenant agrees to pay Landlord as monthly rental for the Premises the sum of $6,450.17 effective ~~September~~ -five 1, 2003 through December 31, 2004 subject to an escalation of ~~two~~ percent (5%) per annum effective January 1, 2004.


October


PLAINTIFF'S EXHIBIT
B

5. Under paragraph 6 *(IMPROVEMENT BY LANDLORD)* of the Lease, Landlord shall demo one (1) partial wall to create a case opening between the present space and the expansion space, paint and install new carpet to the expansion space.

6. Landlord and Tenant hereby ratify and affirm all of the terms and provisions of the Lease, except as modified by, and agree that the Lease is and shall continue to be in full force and effect.

7. The effective date of this Amendment shall be September 1, 2003.
   *October*

IN WITNESS WHEREOF, Landlord and Tenant have caused this Amendment to be executed the day and year first above written.

Signed and witnessed
in the presence of:

LANDLORD:
**HOPEWELL INTERNATIONAL, INC.**

_____
Witness

_____
C.S. Cho, President


Signed and witnessed
in the presence of:

TENANT:
**AMERICAN HOME EQUITY LOAN CORP.**

_____
Witness

_____
Anthony J. Vilone, President